ATTACHMENT D

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND

CTB, INC.,

    Plaintiff,

vs.

MARTING MFG. OF IOWA, INC.,

    Defendant.

Civil Action No: 3:09-cv-375
Hon. Joseph S. Van Bokkelen
Mag. Judge Christopher A. Neuchterlein
JURY TRIAL DEMAND

## STIPULATED DISMISSAL

CTB, Inc. and Marting Mfg. of Iowa, Inc., having amicably resolved their differences in the above-captioned matter, and the Court being so advised, hereby stipulate to a dismissal of the present action with prejudice and without costs.

IT IS SO ORDERED:

Dated: _____     _____
                                                                            Hon. Joseph S. Van Bokkelen

Stipulated as to form and content:

s/ George D. Moustakas /
HARNESS, DICKEY & PIERCE, PLC
George D. Moustakas (*Pro Hac Vice*)
5445 Corporate Drive, Ste. 200
Troy, MI 48098-2683
(248) 641-1600
(248) 641-0270 Fax
gdmoustakas@hdp.com

*Attorneys for Plaintiff*

s/ James Moskal /
WARNER NORCROSS & JUDD, LLP
Janet Ramsey
James Moskal
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503
(616) 752-2736
(616) 222-2736 Fax
jmoskal@wnj.com
jramsey@wnj.com

*Attorneys for Defendant*

19303072.1